**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**Catherine M. Mathers, Esq. (State Bar No. 221983)**
**Christie Bodnar Swiss, Esq. (State Bar No. 245151)**
**J. Scott Siemer, Esq. (State Bar No. 254692)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  cmathers@ccmslaw.com**

JS-6

Attorneys for Defendants, COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT and DEPUTY DON NELSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ZENDEJAS, | **CASE NO. CV 09-04858 DDP (SHx)** |
| Plaintiff, | *[Assigned to the Hon. Dean D. Pregerson, Courtroom 3]* |
| vs. | **JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY SHERIFF LEE BACA, LOS ANGELES COUNTY SHERIFF DON NELSON and DOES 1 to 50, Inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The Motion for Summary Judgment of Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT and DETECTIVE DON NELSON (hereinafter "DEFENDANTS"), came on regularly for hearing on October 25, 2010, before the Honorable Dean D. Pregerson, Judge Presiding.

**Collins Collins**
**Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

1   After considering the moving, opposing, and reply papers, arguments of

2   counsel, and all other matters presented to and accepted by the Court, and having

3   ruled to grant DEFENDANTS' Motion for Summary Judgment,

4   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff

5   ANTONIO ZENDEJAS take nothing by this action, that the action be dismissed on

6   the merits, and that DEFENDANTS be awarded their costs.

7

8

9   Dated: November 04, 2010                    Honorable Dean D. Pregerson
                                                United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

*SMW\C:\TEMP\NOTESFFF692\[PROPOSED] JUDGMENT GRANTING MSJ.DOC*

**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT**